■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE PHILLIPS, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed May 20, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., O'Connor, Brown and Rubin, JJ., concur.